# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:17-mj-00901-NJK |
| vs. | ORDER |
| TRAYVALE HARRISON, | (Docket No. 38) |
|     Defendant. | |

Pending before the Court is Defendant's counsel's *ex parte* motion to withdraw as counsel, Docket No. 38.

The Court sets the motion for hearing on January 17, 2018, at 9:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: January 11, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge