# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-mj-00901-NJK |
| vs. | ORDER |
| TRAYVALE HARRISON, | (Docket No. 44) |
| Defendant. | |

Pending before the Court is Defendant's counsel's motion to withdraw as counsel, Docket No. 44.

The Court sets the motion for hearing on February 8, 2018, at 2:00 p.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: February 6, 2018.

NANCY J. KOPPE
United States Magistrate Judge