# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-mj-00901-NJK |
| vs. | ) | |
| | ) | |
| TRAYVALE HARRISON, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On February 8, 2018, this Court granted Defense Counsel's Motion to Withdraw as Counsel for Defendant Trayvale Harrison. Docket no. 46.

Accordingly, IT IS HEREBY ORDERED that Jennifer Waldo, Esq., is APPOINTED as counsel for Trayvale Harrison in place of Thomas Ericsson for all future proceedings.

Mr. Ericsson's office shall forward the file to Ms. Waldo forthwith.

DATED this 8th day of February, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE